WAYNE CONTRACTING COMPANY, A CORPORATION, RESPONDENT, v. THE BOROUGH OF ALLENDALE, A MUNICIPAL CORPORATION, APPELLANT.

Submitted July 6, 1915—Decided November 15, 1915.

On appeal from the Supreme Court.

For the appellant, *Walter R. Hudson.*

For the respondent, *Frederic Beggs.*

PER CURIAM.

This case was tried before Judge Silzer in the Passaic Circuit Court without a jury, who gave judgment in favor of the plaintiff, and defendant appealed.

The record brought up fails to show any request to the trial court, by the appealing party, to make a finding or findings of law or fact, or law and fact, or any exception or objection to the adverse finding made. On this record there is nothing to be reviewed. *Blanchard Brothers* v. *Beveridge,* 86 *N. J. L.* 561. See also *Webster* v. *Freeholders of Hudson, Id.* 256.

The judgment under review must be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 16.

*For reversal*—None.